Harold Douglas BARRICKLOW, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Shelby Circuit Court; Harold Y. Saunders, Judge.

Harold Douglas Barricklow, pro se, Anthony Wilhoit, Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

William Edward COLLIER, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Fayette Circuit Court; N. Mitchell Meade, Judge.

Thomas V. Handy, London, for appellant.

Ed W. Hancock, Atty. Gen., John M. Famularo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming.*

Walter Howard EVANS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Jefferson Circuit Court; John P. Hayes, Judge.

Donald M. Heavrin, Edwin F. Kagin, Jr., Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

Andrew CAUDILL

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Boyd Circuit Court; William E. Fanning, Judge.

William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

* Opinion ordered not to be published.